UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| SUSIE C. CROSS, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>JO ANNE B. BARNHART, )<br>COMMISSIONER OF SOCIAL SECURITY, )<br>Defendant(s). ) | Case No. 1:05CV00113 ERW (FRB) |

## **ORDER**

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Frederick R. Buckles pursuant to 29 U.S.C. § 636(b) [doc. #18].

The Court notes that no objections were filed to the Report and Recommendation within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Report and Recommendation and hereby sustains, adopts and incorporates herein the Magistrate's Report and Recommendation in its entirety. The Social Security Commissioner's decision is affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that the decision of the Commissioner is **AFFIRMED**, and the Plaintiff's Complaint is dismissed with prejudice.

Dated this 24th day of January, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE